

# SEALED

Office of the United States Attorney
District of Nevada
501 Las Vegas Boulevard South,
Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

STEVEN W. MYHRE
Acting United States Attorney
CRISTINA D. SILVA
Assistant United States Attorney
Nevada Bar No. 13760
CHRISTOPHER BURTON
Assistant United States Attorney
District of Nevada
Nevada Bar No. 12940
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
PHONE: (702) 388-6336
Cristina.Silva@usdoj.gov
Christopher.Burton4@usdoj.gov

Attorney for Plaintiff, United States

FILED

2017 JUN -6 AM 10: 55

U.S. MAGISTRATE JUDGE

BY_____

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>JOHN STANFIELD,<br>            Defendant. | 2:17-mj-633-GWF<br>Magistrate No.<br><br>**MOTION TO SEAL** |

      COMES NOW the United States of America, by and through STEVEN W. MYHRE, Acting United States Attorney, and CRISTINA D. SILVA, Assistant United States Attorney, and respectfully moves this Honorable Court for an Order sealing the Complaint in the above captioned matter.

      The Government submits that it is necessary for said documents to be sealed in light of the fact that they make reference to information regarding an on-going investigation.

1 | The Government submits that disclosure of the information might possibly jeopardize the
2 | investigation. The Government submits that its right to secrecy far outweighs the public's right to
3 | know.

4 | DATED: June 5, 2017

Respectfully submitted,

STEVEN W. MYHRE
Acting United States Attorney

*(signature)*

CRISTINA D. SILVA
Assistant United States Attorney

FILED
2017 JUN -6 AM 10: 55
U.S. MAGISTRATE JUDGE
BY_____

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN STANFIELD,<br>            Defendant. | 2:17-mj-633-GWF<br>**Magistrate No.**<br><br>**ORDER TO SEAL** |

Based on Government's Motion to Seal the Complaint in the above-captioned matter and good cause appearing, therefore

IT IS SO ORDERED that the Complaint be sealed.

DATED this 6th day of June, 2017.

_____
United States Magistrate Judge