

# SEALED

Office of the United States Attorney
District of Nevada
501 Las Vegas Blvd., South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| United States of America, | Case No.: 2:17-mj-00633-GWF |
| Plaintiff, | ORDER FOR ISSUANCE OF WRIT OF HABEUS CORPUS AD PROSEQUENDUM FOR JOHN STANFIELD (ID# 07047325) |
| vs. | |
| JOHN STANFIELD, | |
| Defendant. | |

Upon reading the petition of the United States Attorney for the District of Nevada, and good cause appearing therefore,

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directing the production of the body of the said JOHN STANFIELD before the United States District Court at Las Vegas, Nevada, on or about June 28, 2017, at the hour of 3:00 p.m., for an Initial Appearance and any further proceedings and from time to time and day to day thereafter until excused by the said Court.

DATED: 6/20/2017

_George Foley Jr._
UNITED STATES MAGISTRATE JUDGE

STEVEN W. MYHRE
Acting United States Attorney
Nevada Bar No. 9635
CHRISTOPHER BURTON
Assistant United States Attorney
Nevada Bar No. 12940
District of Nevada
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Christopher.Burton4@usdoj.gov

*Representing the United States of America*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>JOHN STANFIELD,<br><br>Defendant. | Case No. 2:17-mj-00633-GWF<br><br>PETITION FOR WRIT OF HABEUS CORPUS AD PROSEQUENDUM FOR JOHN STANFIELD (ID# 07047325) |

The petition of the United States Attorney for the District of Nevada respectfully shows that JOHN STANFIELD is committed by due process of law in the custody of the Warden, CLARK COUNTY DETENTION CENTER, 330 S. Casino Center Blvd., Las Vegas, Nevada 89101, that it is necessary that the said JOHN STANFIELD be temporarily released under a Writ of Habeas Corpus Ad Prosequendum so that the said JOHN STANFIELD may be present before the United States District Court for the District of Nevada, at Las Vegas, Nevada, on

June 28, 2017, at the hour of 3:00 p.m., for an Initial Appearance and from time to time and day to day thereafter until excused by the said Court.

That the presence of the said JOHN STANFIELD before the United States District Court on or about June 28, 2017, at the hour of 3:00 p.m., for an Initial Appearance and from time to time and day to day thereafter until excused by the Court has been ordered by the United States Magistrate or District Judge for the District of Nevada.

WHEREFORE, petitioner respectfully prays that a Writ of Habeas Corpus Ad Prosequendum issue out of this Court, directed to the Warden, CLARK COUNTY DETENTION CENTER, 330 S. Casino Center Blvd., Las Vegas, Nevada 89101, and to the United States Marshal for the District of Nevada, commanding them to produce the said JOHN STANFIELD before the United States District Court on or about June 28, 2017, at the hour of 3:00 p.m., for an Initial Appearance and from time to time and day to day thereafter, at such times and places as may be ordered and directed by the Court entitled above, to appear before the Court, and when excused by the said Court, to be returned to the custody of the Warden, CLARK COUNTY DETENTION CENTER, 330 S. Casino Center Blvd., Las Vegas, Nevada 89101.

DATED this 14th day of June, 2017.

Respectfully submitted,

STEVEN W. MYHRE
Acting United States Attorney

CHRISTOPHER BURTON
Assistant United States Attorney